# HAMRA LAW GROUP, PC.

32 BROADWAY, STE. 1818, NEW YORK, NY 10004
WEB: WWW.HAMRALAWGROUP.COM

Anthony Portesy , ESQ.  T: 646.590.0571
APORTESY@HAMRALAWGROUP.COM  F: 646.619.4012

August 19, 2020

**VIA ECF**
Honorable Judge Cheryl Pollack
225 Cadman Plaza East
Brooklyn, NY 11201
Room 1230

**Re: Shlomy et al v. Global Real Estate Solutions Inc.**
    **1:19-CV-05131-EK-CLP**

Dear Judge Pollack:

This office represents Defendants in the above captioned matter. We write to the Court today to provide the Court with a Status on settlement of the above captioned matter. The parties have exchanged a draft of the Settlement terms and am presently finalizing an agreement.

The parties respectfully request an additional thirty (30) days to update the Court on resolution. The parties thank the Court in advance for their consideration of this request.

Sincerely,

_(signature)_

Anthony R. Portesy Esq.